## JOSEPH G. ENGLISH

*v.*

## THE PEOPLE OF THE STATE OF ILLINOIS.

*Ottawa, March Term,* 1880.

APPEARANCE—*by the Attorney General—in proceeding for delinquent taxes.*
On error to reverse a judgment rendered in the county court for delinquent
taxes due to a city, and also for State and county taxes, where the Attorney
General enters his appearance, waiving service of process, but submitting to
the consideration of the court whether such waiver will give this court juris-
diction as affecting the city taxes, it was held, the appearance of the Attorney
General, in behalf the People, in respect to any of the interests involved in
the suit, was a good appearance as to the entire proceeding, thus obviating
the necessity of service of process for any purpose.

This was a proceeding, in the county court of Will county,
for judgment for delinquent taxes due to the city of Joliet,
and to the county and State. Judgment having been entered
for such taxes, the cause is brought to this court on error.

Mr. E. MEERS, city attorney of the city of Joliet, entered
his motion, in behalf of the People, for a continuance, on the
ground that there had been no service of *scire facias.*

Mr. JAMES K. EDSALL, Attorney General, appeared, and
consented, in behalf of the People, that the cause should
stand as if process had been duly served, submitting to the
court, however, whether such waiver of service of process on
his part would give to this court jurisdiction as affecting the
taxes of the city of Joliet, involved in the proceeding.

SCOTT, J.: The entry of the appearance of the Attorney
General, in behalf of the People, and waiver of service of
process, will be regarded as an appearance in respect of all
the interests involved in the proceeding, and therefore as
obviating the necessity of any service of process. The mo-
tion for a continuance will be denied.

*Continuance refused.*